IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GALIP and ALI GUREL, | § | |
| Plaintiffs, | § § § | |
| v. | § | 1:20-CV-799-RP |
| ALSTO PARTNERS US, LLC et. al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On June 24, 2021, the Court granted Defendants' motion to dismiss, which disposed of all claims in this case. (Order, Dkt. 25). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 24, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE